RONALD F. FRANK, State Bar No. 109076
rfrank@bwslaw.com
DANIEL S. IMBER, State Bar No. 185425
dimber@bwslaw.com
PATRICK E. WHALEN, State Bar No. 060179
pwhalen@bwslaw.com
BURKE, WILLIAMS & SORENSEN LLP
444 S. Flower Street, Suite 2400
Los Angeles, California 90071
Telephone (213) 236-0600
Facsimile (213) 236-2700

Attorneys for Defendant
Mercedes-Benz USA, LLC

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY ROSE, | Case No. SACV08-01131 DOC (MLGx) |
| Plaintiff, | |
| vs. | PROPOSED JUDGMENT (FRCP 68) |
| MERCEDES-BENZ USA, LLC, | |
| Defendant. | |

Defendant Mercedes-Benz USA, LLC ("MBUSA") having made an offer of judgment pursuant to Federal Rules of Civil Procedure Rule 68, and plaintiff Henry Rose, having given written notice accepting the offer, the Court grants and enters this Judgment Pursuant To FRCP 68 as follows:

1. MBUSA shall pay, a check or checks, in the total amount of $42,000.00 to be paid to the order of Henry Rose and the Anderson Law Firm.

1  The payment shall be made on or before January 4, 2009 or as otherwise agreed
2  by the parties.
3       2.    Plaintiff Henry Rose shall return and turn-over the subject motor
4  vehicle, a 2007 Mercedes-Benz E63, vehicle identification number
5  WDBUF77XX7B149556 (the "E63"), with all of its keys and manuals, to or as
6  directed by MBUSA.  At or before the vehicle turn-over, plaintiff shall execute
7  necessary forms for the transfer of the E63's title to MBUSA, possibly including
8  but not limited to the DMV form 262, odometer disclosure statement, bill of sale
9  reflecting the sale of the E63 to defendant MBUSA for value received, a notice of
10 release of liability for the vehicle, and an authorization for payoff form.  The date
11 and place of this vehicle turn-over shall be January 5, 2009, at 10:00 a.m. at the
12 service department manager's office of Mercedes-Benz of Escondido, 1101 West
13 9th Street, Escondido, California 92025, or at a place and time of day mutually
14 agreed upon by the parties in writing.
15      3.    MBUSA shall pay directly to Mercedes-Benz Financial the
16 remaining balance owing under plaintiff's lease agreement (commencing with the
17 lease payment due on or about January 1, 2009 for the E63, exclusive of any lease
18 payments or late charges incurred prior to that date.
19      4.    After performance of the parties' respective obligations set forth in
20 paragraphs 1-3 above, plaintiff shall provide MBUSA with an executed
21 Acknowledgement of Satisfaction of Judgment.
22      5.    Notwithstanding the entry of Judgment, the Court shall retain
23 jurisdiction to enforce any provision of this Judgment pursuant to Rule 68 of the
24 Federal Rules of Civil Procedure.
25      6.    This Judgment shall be inclusive of all damages, costs, interest,
26 attorneys' fees, expenses, penalties, lost income, and any other sums or amounts
27 or claims that have been or could be claimed by plaintiff of any nature
28 whatsoever.  Plaintiff shall not be entitled to further apply for damages, costs,

1  interest, attorneys' fees, expenses, penalties, lost income, and any other sums or
2  amounts. The Court finds that, by accepting the Rule 68 Offer, plaintiff has
3  knowingly and voluntarily waived his right to recover any additional damages,
4  costs, interest, attorneys' fees, expenses, penalties, lost income, and any other
5  sums or amounts.

6      7.   Plaintiff shall satisfy any experts', mechanics', materialmens',
7  lenders', or attorneys' lien he has incurred arising out of this action.

9  IT IS SO ORDERED.

11  Dated: December 17, 2008   _____
12                                        The Honorable David O. Carter
                                      United States District Judge